IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr- mj - 00046 -GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERALD R. HULSEY,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce GERALD R. HULSEY before a United States Magistrate Judge, sitting in Grand Junction, Colorado _____ for proceedings and appearances upon the charges in the Information, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

    SO ORDERED this 11th day of September, 2006.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO