# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 06-cr-00365-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERALD R. HULSEY,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the trial of 06-cr-00189-REB *USA v. Lameman* taking place in Durango, Colorado, the sentencing hearing previously set in this matter for March 9, 2007, is **VACATED** and **RESET** to **March 16, 2007**, at 1:30 p.m. The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated: February 26, 2007

-----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.