### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  06-cr-00365-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERALD R. HULSEY,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter before the court is the **Unopposed Motion to Continue Sentencing Hearing** [#20], filed March 1, 2007.  Said motion is **GRANTED**.  The sentencing hearing previously set for March 16, 2007, is **VACATED** and is **RESET** to **March 30, 2007**, at 10:00 a.m.   The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated: March 5, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.