IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01518-REB
(Criminal Action No. 06-cr-00365-REB-1)

UNITED STATES OF AMERICA,

v.

GERALD R. HULSEY,

Movant.

_____

ORDER

_____

After preliminary consideration of Movant's motion to vacate, set aside, or correct

the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before August 25, 2008, shall file

an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules

Governing Section 2255 Proceedings.

Dated: July 25, 2008

BY THE COURT:

s/ Robert E. Blackburn
ROBERT E. BLACKBURN
United States District Judge