IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01518-REB-MEH
Criminal Action No. 06-cr-00365-REB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

GERALD R. HULSEY,

    Defendant-Movant.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty, on May 7, 2009.**

    Defendant's Unopposed Motion to Quash Writ of Habeas Corpus Ad Prosequendum [filed May 7, 2009; docket #62] is **granted in part and denied in part**. The Writ of Habeas Corpus Ad Prosequendum [*see* docket #64] is quashed. However, Defendant's counsel shall arrange for the Defendant to appear for the evidentiary hearing by telephone. Defendant and/or his case manager may call my Chambers at (303) 844-4507 at the time appointed for the evidentiary hearing.