**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 06-cr-00365-REB
Civil Case No. 08-cv-01518-REB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GERALD R. HULSEY,

      Movant.

---

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE  UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matters before me are (1) the magistrate judge's **Recommendation on Motion To Vacate Pursuant to 28 U.S.C. § 2255 and Motion To Modify** [#99], filed June 30, 2009; and (2) defendant's **Objections to Magistrate's Report and Recommendation and Request for De Novo Review** [#80], filed July 10, 2009.  I overrule the objections, adopt the recommendation, and deny the application for a writ of habeas corpus.

      As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw.  Because defendant is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less

stringent standard than formal pleadings drafted by lawyers.[1]  *See Erickson v. Pardus*, 551 U.S. 89, 94, 127 S.Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).  The recommendation is detailed and well-reasoned.  Contrastingly, defendant's objections are imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the magistrate judge's **Recommendation on Motion To Vacate Pursuant to 28 U.S.C. § 2255 and Motion To Modify** [#79], filed June 30, 2009, is **APPROVED** and **ADOPTED** as an order of this court;

2.  That defendant's **Objections to Magistrate's Report and Recommendation and Request for De Novo Review** [#80], filed July 10, 2009, are **OVERRULED**;

3.  That defendant's **Motion To Modify** [#30], filed June 25, 2008, is **DENIED**;

4.  That defendant's **Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody** [#33], filed July 18, 2008, is **DENIED**;

---

[1]  Although both the objections and the briefing on the apposite motions were filed by an attorney, defendant filed his application for writ of habeas corpus and certain other documents *pro se.*  In an abundance of caution, the magistrate judge addressed defendant's motions under the more lenient standards that apply to *pro se* parties, and I follow suit.

5.   That defendant's **Motion for Order on Pending 2255 and 3582 Motions** [#77], filed June 22, 2009, is **DENIED AS MOOT**;

6.   That defendant's claims are **DISMISSED WITH PREJUDICE**;

7.   That judgment **SHALL ENTER** on behalf of plaintiff, the United States of America, and against defendant, Gerald R. Hulsey, as to all claims and causes of action asserted herein; and

7.   That plaintiff is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated August 13, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge